PROB 12A
(10/24)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Chiemelam Oriji     Cr.: 25-00020-001
    PACTS #: 8951441

Name of Sentencing Judicial Officer:     THE HONORABLE KAREN S. MARSTON
    UNITED STATES DISTRICT JUDGE (ED/PA)

Name of Current Judicial Officer:     THE HONORABLE CHRISTINE P. O'HEARN
    UNITED STATES DISTRICT JUDGE (D/NJ)

Date of Original Sentence: 11/19/2024

Original Offense:     Count One: Bank Fraud, 18 U.S.C. § 1344, a Class B Felony
    Count Two: Wire Fraud, 18 U.S.C. § 1343, a Class C Felony

Original Sentence: 1 day imprisonment, Three Years Supervised Release

Special Conditions: Restitution - Money, Special Assessment, Location Monitoring Program, Financial Disclosure, Forfeiture, No New Debt/Credit, Other Financial Obligation

Type of Supervision: Supervised Release     Date Supervision Commenced: 11/20/2024

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | From May 26, 2025, to May 31, 2025, Mr. Oriji traveled outside of the District of New Jersey without receiving prior authorization. |

U.S. Probation Officer Action:

On May 27, 2025, this officer was contacted by U.S. Customs and Border Protection staff who stated that Mr. Oriji was listed as a passenger on a cruise returning to Miami on May 31, 2025. In response, this officer immediately contacted Mr. Oriji by telephone who confirmed that he was currently on a Caribbean cruise. Mr. Oriji's excuse for traveling without authorization was his reported belief that the restriction was only during the initial six months of supervision while on location monitoring home detention.

In response, this officer reviewed standard condition number three that requires prior authorization before traveling outside of the District of New Jersey. Additionally, he has been informed of the procedure and information required for requesting out of district travel.

Except for this incident, Mr. Oriji is in full compliance and successfully completed location monitoring home detention on May 25, 2025. If there is any additional noncompliance, the Court will be promptly notified, and a request will made for an appropriate sanction if warranted.

Prob 12A – page 2
Chiemelam Oriji

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

*Andrew Senatore*

By:   ANDREW E. SENATORE
Senior U.S. Probation Officer

/ as

APPROVED:

_____     06/05/2025
KEVIN M. VILLA                  Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Christine A. O'Hearn
Signature of Judicial Officer

_____
6/5/25
Date